UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA DERBY, *et al.*,

    Plaintiffs,

v.

Case No. 25-cv-12091
Hon. Matthew F. Leitman

JOSHUA M. FARRELL,

    Defendant.
_____/

**ORDER (1) CONSTRUING NOTICE OF EMERGENCY FILING FOR FEDERAL RELIEF (ECF No. 8) AS MOTION FOR RELIEF FROM ORDER OF DISMISSAL; AND (2) DENYING MOTION FOR RELIEF FROM ORDER OF DISMISSAL**

On July 30, 2025, the Court entered an order summarily dismissing this action. (*See* Order, ECF No. 7.) Plaintiffs Joshua Derby and Alyssia Warren have now filed an "Emergency Filing for Federal Relief" (ECF No. 8). The Court construes that filing as a motion for relief from the order of dismissal under Rule 60(b) of the Federal Rules of Civil Procedure. The motion is **DENIED**. Plaintiffs have not persuaded the Court that there is any basis to grant relief from the dismissal order.[1]

---

[1] In the motion, Plaintiffs say they "physically transmitted a separate and independent Emergency Filing Packet to the Clerk of Court, which was entirely distinct from the earlier-captioned July 10, 2025 Complaint of Judicial Misconduct." (Mot., ECF No. 8, PageID.64.) The docket does not contain any record of that submission by Plaintiffs, and the Court has no record of receiving such a submission.

1

**IT IS SO ORDERED.**

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: August 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2025, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126